IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 18-CR-10089-STA |
| | ) | |
| ANTHONY SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING IN PART MOTION TO EXTEND PLEA DEADLINE**

THIS cause came to be heard upon the motion of the defendant, ANTHONY SANDERS, by and through appointed counsel, to continue the plea deadline in this case presently scheduled for January 25, 2019 for an additional forty-five (45) days.

The defendant is charged in a three-count indictment with possessing and distributing cocaine base on three separate occasions (DE #2). Current counsel was appointed to represent the defendant on August 30, 2018 (DE #15). The Scheduling Order entered on September 14, 2018 (DE #24) established a deadline of January 25, 2019 to consummate and submit a plea agreement.

IT IS ORDERED that the plea deadline shall be extended to close of business on February 15, 2019. The trial date will remain as set on March 11, 2019.

s/S. THOMAS ANDERSON
S. THOMAS ANDERSON
UNITED STATES DISRICT JUDGE

Date: December 28, 2018