IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10089-STA |
| ANTHONY SANDERS, | ) | |
| Defendant. | ) | |

_____

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING
_____

This cause came to be heard on February 8, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Anthony Sanders, appearing in person, and with counsel, Joseph Howell.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 28, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 8th day of February, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT